Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1414
joseph@josephmaylaw.com

Attorney for Plaintiff
ROGELIO HECHAVARRIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ROGELIO HECHAVARRIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; JAMES LEE; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: C-10-00525-CRB<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |
|---|---|

On May 5, 2010, the Court issued an order upon the stipulation of the parties directing that the above-captioned case be referred to mediation, which was to be completed 90 days from the date of the order, or August 3, 2010. Between June 22, 2010 and June 25, 2010 counsel and the appointed mediator, Stephen H. Sulmeyer, J.D., PhD., agreed in written e-mail correspondence that mediation of this matter would be premature at this stage and any further planning of a mediation should await resolution by the Court of Defendants' motion for partial summary judgment regarding the existence of color of law for purposes of Plaintiff's Section 1983 claim. The hearing on said motion is currently set for September 10, 2010.

The Parties hereby stipulate to entry of an order postponing the deadline for the parties to complete the mediation to December 10, 2010.

1  So Stipulated.

2  DATED: July 21, 2010                              LAW OFFICE OF JOSEPH S. MAY

3

4

5                                                                          _____
                                                                          Joseph S. May, attorney for Plaintiff,
6                                                                          Rogelio Hechavarria

7  So Stipulated.

8  Dated: July 21, 2010                              DENNIS J. HERRERA
                                                                          City Attorney
9                                                                          JOANNE HOEPER
                                                                          Chief Trial Deputy
10                                                                        BLAKE P. LOEBS
                                                                          Deputy City Attorney
11

12

13                                                                        By:_____
                                                                          BLAKE P. LOEBS
14                                                                        Attorneys for Defendants
                                                                          CITY AND COUNTY OF SAN
15                                                                        FRANCISCO, et al.

16                                                                        Pursuant to General Order 45, §X.B., the
                                                                          filer of this document attests that he has
17                                                                        received the concurrence of this signatory to
                                                                          file this document.
18

19
                                              [PROPOSED] ORDER
20
       IT IS HEREBY ORDERED that the Parties must complete the mediation of this matter
21
by December 10, 2010.
22

23

24

25  DATED: __July 23, 2010__                         _____
                                                                          CHARLES R. BREYER
26                                                                        United States District Judge

27

28                                                             2

C-10-00525-CRB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*