DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:      (415) 554-3837
E-Mail:          blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JAMES LEE, ELIAS GEORGOPOULOS,
and ANTONIO PARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO HECHAVARRIA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; JAMES LEE; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. C10-00525 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PAPERS UNDER SEAL<br><br>Trial Date:          None |

**[~~PROPOSED~~] ORDER**

Having considered Plaintiff's motion for leave to file papers under seal, and good cause appearing, the documents attached to Plaintiff's declaration filed in support of said motion shall be filed under seal.

DATED:   September 1, 2010

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

[Proposed] Order Granting Plaintiff's Motion to Seal,     1.                                n:\lit\li2010\100954\00648660.doc
CASE NO. C10-00525 CRB