IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGELIO HECHAVARRIA,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                  /

No. C 10-00525 CRB

**ORDER DENYING MOTION TO SHORTEN TIME**

      The Court has reviewed Plaintiff Rogelio Hechavarria's Motion to Shorten Time to Hear Motion to Stay Cost Award Pending Appeal, and Relief from Bond Requirement, as well as Defendant City and County of San Francisco's Opposition to that Motion. Defendant's Opposition asserts that Defendant "will forgo any efforts to collect the costs awarded to Defendants and against [Plaintiff] until after this court has ruled on Plaintiff's motion to stay enforcement." In light of this representation, the Court sees no need to shorten time on Plaintiff's Motion to Stay Cost Award Pending Appeal, and Relief from Bond Requirement. Accordingly, the Motion to Shorten Time is DENIED. In addition, the Motion to Stay Cost Award Pending Appeal, and Relief from Bond Requirement was improperly calendared for December 22, 2010. That hearing date is VACATED; the Motion

//

1  will be heard on January 21, 2011.

2  **IT IS SO ORDERED.**

3

4  Dated: December 14, 2010

          CHARLES  R. BREYER
          UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28